IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>JAMIE DEAN LEWIS,<br><br>                Defendant. | **4:15CR3074**<br><br>**ORDER** |

The defendant has moved for release to drug treatment. (Filing No. 19). The defendant has a criminal history with several bond violations and over 20 failures to appear, including as recently as May 7, 2015.

The defendant's release proposal may address the risk of harm posed if Defendant is released. But release to a treatment facility, which the defendant can choose to leave at any time, does not address the substantial risk of Defendant's flight and failure to appear.

Accordingly,

IT IS ORDERED that Defendant's motion for release to drug treatment. (Filing No. 19), is denied.

 September 19, 2015.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge